COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS


LEE McFARLAND,


 Appellant,


v.


JOHN D. ORY AND MARIA ORY,


 Appellees.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-09-00042-CV



Appeal from the


County Court


of Kaufman County, Texas


(TC#71,584CC)


MEMORANDUM OPINION


 Pending before the Court is Appellant's Unopposed Motion to Dismiss this appeal pursuant
to Tex.R.App.P. 42.1(a)(1). Appellant represents to the Court that the parties have agreed to a
compromise and have settled all claims surrounding the cause of action underlying the appeal.
Appellant's motion complies with the requirements of Rule 42.1(a)(2).

 We have considered the cause on the motion and conclude that the motion should be granted.
We dismiss the appeal. In accordance with the parties' agreement, costs are taxed against the party
incurring same. See Tex.R.App.P. 42.1(d).


 GUADALUPE RIVERA, Justice

March 19, 2009


Before Chew, C.J., McClure, and Rivera, JJ.